UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TOYOTA LEASE TRUST,   JUDGMENT
  20-CV-2207 (DG)(SIL)
      Plaintiff,

  v.

VILLAGE OF FREEPORT, ALL COUNTY HOOK
UP TOWING, INC., and JOSEPH CALVAGNO,

      Defendants.
----------------------------------------------------------------X

      A Memorandum and Order of the Honorable Steven I. Locke, United States Magistrate Judge, having been filed on February 15, 2024, granting in part and denying in part Toyota's motion; awarding Plaintiff $232 in depreciation damages, $235,054.25 in attorneys' fees and $738.90 in costs, for a total of $236,025.15; it is

      ORDERED and ADJUDGED that Toyota's motion is granted in part and denied in part; and that Plaintiff is awarded $232 in depreciation damages, $235,054.25 in attorneys' fees and $738.90 in costs, for a total of $236,025.15.

Dated: Brooklyn, New York                              Brenna B. Mahoney
        February 16, 2024                               Clerk of Court

                                                          By:     */s/Jalitza Poveda*
                                                                   Deputy Clerk